BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $20,000.00 IN U.S. CURRENCY,<br><br>    Defendant. | 2:14-MC-00051-TLN-EFB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimant Daryl Best ("claimant"), by and through their respective counsel, as follows:

1.     On or about January 15, 2014, claimant Daryl Best filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $20,000.00 in U.S. Currency ("hereafter "defendant currency"), which was seized on November 8, 2013.

2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

1

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. The deadline is April 13, 2014.

4. By Stipulation and Order filed on April 11, 2014, the parties stipulated to extend to June 12, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to August 11, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to August 11, 2014.

Dated:  5/30/14                                  BENJAMIN B. WAGNER
                                                 United States Attorney


                                          By:   /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney


Dated:  5/30/14                                  /s/ Erica C. Mirabella
                                                 ERICA C. MIRABELLA
                                                 Attorney for claimant
                                                 Daryl Best

                                                 (Authorized via email)

///

1  IT IS SO ORDERED.

2 Dated: June 2, 2014

Troy L. Nunley
United States District Judge